HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER PAUL HANNAH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEW JERSEY STATE POLICE,<br><br>　　　　　Defendant. | CASE NO. C11-5513RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [Dkt. #11]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

For the reasons stated in this Court's Order dismissing Plaintiff's Complaint [Dkt. #8], the Motion for Leave to Appeal *In Forma Pauperis* is **DENIED.**  Fed. R. App. P. 24(a)(2).

**IT IS SO ORDERED.**

ORDER- 1

1     The Clerk shall send uncertified copies of this order to all counsel of record, and to any

2 party appearing pro se.

3     Dated this 6th day of October, 2011.

                                      */s/ Ronald B. Leighton*

                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

ORDER- 2